UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND T. JEDLOWSKI, JR.

    Plaintiff,

v.

TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; and DEBT RECOVERY SOLUTIONS, LLC,

    Defendants.

Case No. 1:17-cv-1054

Hon. Paul L. Maloney

## NOTICE REGARDING SETTLEMENT

Plaintiff Raymond T. Jedlowski, Jr. filed a Notice of Settlement on January 23, 2018 regarding a settlement of Plaintiff's claims against Defendant Equifax Information Services, LLC ("Equifax"). (ECF No. 14.) The same day, the Court issued an Order Regarding Closing Documents, requiring the filing of appropriate closing documents no later than February 20, 2018. (ECF No. 15.) Although the settlement has not yet been effectuated, Plaintiff believes based on information provided by Equifax that the settlement between Plaintiff and Equifax will be effectuated and closing documents submitted on or before March 2, 2018. Plaintiff thus requests the Court grant an extension through March 2, 2018 for the filing of closing documents.

Respectfully submitted,

Dated: February 20, 2018

/s/Theodore J. Westbrook
Theodore J. Westbrook (P70834)
**Westbrook Law PLLC**
Attorney for Plaintiff

                                    6140 28th St. SE, Suite 115
                                    Grand Rapids, MI 49546
                                    (616) 288-9548
                                    twestbrook@westbrook-law.net