UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND T. JEDLOWSKI, JR.<br><br>    Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; and DEBT RECOVERY SOLUTIONS, LLC,<br><br>    Defendants. | Case No. 1:17-cv-1054<br><br>Hon. Paul L. Maloney |

# NOTICE OF DISMISSAL OF DEFENDANT DEBT RECOVERY SOLUTIONS, LLC WITH PREJUDICE

Plaintiff Raymond T. Jedlowski, Jr., by and through his counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby gives notice of the dismissal of Plaintiff's claims against Defendant Debt Recovery Solutions, LLC, with prejudice.

Respectfully submitted,

Dated: March 1, 2018

/s/Theodore J. Westbrook
Theodore J. Westbrook (P70834)
**Westbrook Law PLLC**
Attorney for Plaintiff
6140 28th St. SE, Suite 115
Grand Rapids, MI 49546
(616) 288-9548
twestbrook@westbrook-law.net