UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RAYMOND T. JEDLOWSKI, JR.,<br>  Plaintiff,<br><br>       vs.<br><br>TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; and DEBT RECOVERY SOLUTIONS, LLC;<br>  Defendants. | CASE NO. 1:17-cv-01054-PLM-RSK<br><br>Judge Paul L. Maloney<br>Magistrate Judge Ray Kent |

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Raymond T. Jedlowski, Jr., by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC Only, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Raymond T. Jedlowski, Jr. against Defendant Trans Union, LLC are dismissed, with prejudice.  Plaintiff Raymond T. Jedlowski, Jr. and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date:  June 6, 2018

/s/ Paul L. Maloney
United States District Judge

DISTRIBUTION TO:

| | |
|---|---|
| Theodore J. Westbrook, Esq.<br>twestbrook@westbrook-law.net | Jordan S. Bolton, Esq.<br>jbolton@clarkhill.com |
| Scott E. Brady, Esq.<br>sbrady@schuckitlaw.com | |